# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARNEST J. MALONE<br><br>PLAINTIFF(S)<br>v.<br>JOHN E. POTTER, ET AL<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV 07-05530-MMM (FFMx)<br><br>**JUDGMENT ON THE VERDICT FOR THE PLAINTIFF(S)** |

This action came on for jury trial, the Honorable  MARGARET M. MORROW  District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict,

IT IS ORDERED AND ADJUDGED that the plaintiff(s):

Earnest J. Malone

recover of the defendant(s):

John E. Potter and U.S. Postal Service

the sum of $300,000.00 , with interest thereon at the legal rate as provided by the law, and its costs of action, taxed in the sum of _____.

Clerk, U. S. District Court

Dated: March 10, 2009

By  ANEL HUERTA
    Deputy Clerk

At: _____

cc: *Counsel of record*

CV-49 (05/98)               **JUDGMENT ON THE VERDICT FOR THE PLAINTIFF(S)**