JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARNEST J. MALONE,<br><br>    Plaintiff,<br><br>         vs.<br><br>JOHN E. POTTER, POSTMASTER GENERAL,<br><br>    Defendant. | ) CASE NO. CV 07-05530 MMM (FFMx)<br>)<br>)<br>)<br>) JUDGMENT FOR PLAINTIFF<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

This action was tried to a jury on March 3 through 6, 2009. On March 10, 2009, the jury returned a verdict for plaintiff Earnest Malone on his claims for disability discrimination under the Rehabilitation Act and retaliation for protected activity in violation of Title VII. The jury awarded Malone $300,000 in damages for emotional distress. Malone's entitlement to the equitable remedies of back and front pay was tried to the court on July 21, 2009. On January 15, 2010, the court entered findings of fact and conclusions of law concerning these issues. Accordingly,

1  IT IS ORDERED AND ADJUDGED

2      1. That plaintiff Earnest Malone recover damages of $346,541.67 from defendant

3  John E. Potter;

4      2. That the action be, and it hereby is, dismissed; and

5      3. That plaintiff Earnest Malone recover his costs of suit herein.

7  DATED: January 15, 2010

                                     MARGARET M. MORROW
                                     UNITED STATES DISTRICT JUDGE